FILED
CLERK, U.S. DISTRICT COURT
APR 20 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Rene Madrigal-Gayton<br>　　　　Defendant. | Case No.: ED12-152M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- pretrial services report
- violation petition
- defendant's nonobjection

1

1 | and/ or

2 | B. (X) The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the
4 | safety of any other person or the community if released under 18 U.S.C.
5 | § 3142(b) or (c). This finding is based on the following:

- pretrial services report
- violation petition
- defendant's non objection

11 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 | revocation proceedings.

14 | Dated: April 20, 2012

HONORABLE SHERI PYM
United States Magistrate Judge

2